UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY KUEBLER, | ) | Case No. EDCV11-1983-DMG (OP) |
| | ) | |
| Plaintiff, | ) | J U D G M E N T |
| | ) | |
| vs. | ) | |
| | ) | |
| DR. JAIME, et al., | ) | |
| | ) | |
| Defendants | ) | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

/ / /

/ / /

/ / /

1      IT IS ADJUDGED that the Complaint is dismissed with prejudice.

2

3

4   DATED:   February 18, 2014                                     
                                                   DOLLY M. GEE
                                                   United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge