1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  GREGORY JAMES KUEBLER,              Case No. CV 11-01983 DMG (RAO)

12              Plaintiff,

13      v.                              ORDER ACCEPTING REPORT
                                        AND RECOMMENDATION OF
14  DR. JAIME, et al.,                  UNITED STATES MAGISTRATE
                                        JUDGE
15              Defendants.

16

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the

18  other records and files herein, and the Report and Recommendation of United

19  States Magistrate Judge ("Report").  The time for filing objections to the Report has

20  passed, and no objections have been filed.  The Court hereby accepts and adopts the

21  findings, conclusions, and recommendations of the Magistrate Judge.

22          IT IS ORDERED that this action is dismissed without prejudice.

23

24

25  DATED:  May 16, 2017          _____
                                  DOLLY M. GEE
26                                UNITED STATES DISTRICT JUDGE

27

28