1

2

3

4

5

6

7

8

9                    UNITED STATES DISTRICT COURT

10                   CENTRAL DISTRICT OF CALIFORNIA

11

| 12 | GREGORY JAMES KUEBLER, | Case No. CV 11-01983 DMG (RAO) |
| 13 | Plaintiff, | |
| 14 | v. | JUDGMENT |
| 15 | DR. JAIME, et al., | |
| 16 | Defendants. | |

17

18

19          In accordance with the Order Accepting Report and Recommendation of

20    United States Magistrate Judge issued concurrently herewith,

21          IT IS ORDERED AND ADJUDGED that this action is dismissed without

22    prejudice.

23

24

25    DATED: May 16, 2017          _____

                                   DOLLY M. GEE
26                                 UNITED STATES DISTRICT JUDGE

27

28